# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

Laura Capezza,

                Plaintiff,                23 **CIVIL** 1813 (SDA)

    -against-                        **JUDGMENT**

Martin O'Malley, Commissioner of Social Security,

                Defendant.

-------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 15, 2024, Plaintiff's motion for summary judgment (ECF No. 10) is DENIED and the decision of the Commissioner is AFFIRMED. See 42 U.S.C. § 405(g); accordingly, the case is closed.

**Dated:**  New York, New York
          February 15, 2024

                                        **RUBY J. KRAJICK**

                                          **Clerk of Court**

                  **BY:**

                                          **Deputy Clerk**